THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Curtis Jerome Bradford, Appellant.
 
 
 

Appeal From Dillon County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2005-UP-036
Submitted January 1, 2005  Filed January 
 14, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; 
 and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:   A Dillon County grand jury indicted Curtis Jerome Bradford 
 for first-degree criminal sexual conduct and armed robbery.  The jury found 
 Bradford guilty on both charges and the trial court sentenced him to consecutive 
 terms of 30 years in the department of corrections.  On appeal he asserts the 
 trial court erred by admitting prejudicial character evidence.  Pursuant to 
 Anders v. California, 386 U.S. 738 (1967), Bradfords counsel attached 
 a petition to be relieved, stating she has reviewed the record and concluded 
 this appeal lacks merit.  Bradford filed a separate pro se brief, 
 in which he raises a number of issues concerning the validity of his indictments.
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.